# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION<br><br>This Document Relates to the Plaintiff John Polomsky<br><br>Edwards v. General Motors LLC, 14-CV-06924 | Case No. 14-MD-2543 (JMF)<br><br>Hon. Jesse M. Furman |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff John Polomsky, by and through his undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Memorandum of Understanding entered into by the parties, hereby give notice of the voluntary dismissal with prejudice of all actions, claims, and causes of action against all General Motors LLC and all other defendants. Costs taxed as paid.

General Motors LLC consents and stipulates to the dismissal with prejudice of these plaintiffs' actions.

Respectfully submitted,

Dated: April 24, 2025

*s/ Robert Hilliard*
HILLIARD LAW
Robert C. Hilliard

1

bobh@hilliard-law.com
719 S. Shoreline Boulevard
Corpus Christi, TX 78401
Telephone No.: (361) 882-1612
Facsimile No.: (361) 882-3015

-and-

*s/ Thomas Henry*
THOMAS J HENRY LAW PLLC - CORPUS CHRISTI TX
Thomas Henry
tjh@tjhlaw.com
521 STARR STREET
CORPUS CHRISTI, TX 78401
Telephone No.: 361-985-0600
Facsimile No.: 361-985-0601

*Attorneys for Plaintiff*

The Clerk of Court is directed to docket this on 14-CV-6924 and 14-MD-2543.  The Clerk of Court is further directed to terminate John Polomsky as Plaintiff in 4-CV-6924 and 14-MD-2543.

SO ORDERED.

April 25, 2025